

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00026-CV

**STUDIO E ARCHITECTURE AND INTERIORS, INC.,**
Appellant

v.

Emily **LEHMBERG**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-10649
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is REVERSED and this cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of appeal are taxed against appellee.

SIGNED April 17, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice